**Order entered March 2, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00766-CR

**ARNULFO MALPICA SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75093-W**

## ORDER

Before the Court is the State's February 26, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE